1  Terry W. Bird – State Bar No. 49038
       twb@birdmarella.com
2  Peter J. Shakow – State Bar No. 198633
       psc@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT,
       NESSIM, DROOKS & LINCENBERG, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California  90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
6
   George A. Zelcs – Admitted *Pro Hac Vice*
7      gzelcs@koreintillery.com
   KOREIN TILLERY LLC
8  205 North Michigan Avenue, Suite 1950
   Chicago, IL  60601
9  Tel:  (312) 641-9760
   Fax:  (312) 641-9751
10
   Attorneys for Plaintiff National Credit
11 Union Administration Board

12 (See Signature Page for Names and
   Addresses of Additional Counsel for
13 Plaintiffs)

14              **UNITED STATES DISTRICT COURT**

15      **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

16

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union, | CASE NO. LACV11-6521 GW (JEMx) |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT FREMONT MORTGAGE SECURITIES CORP. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| vs. | |
| GOLDMAN, SACHS & CO.; FREMONT MORTGAGE SECURITIES CORP.; GS MORTGAGE SECURITIES CORP.; and RESIDENTIAL ACCREDIT LOANS, INC., | |
| Defendant. | |

318167.1

1    Please take notice that Plaintiff's claims against Defendant Fremont Mortgage

2 Securities Corp. are dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(i) of

3 the Federal Rules of Civil Procedure..

4

Dated:  December 27, 2011          Terry W. Bird

5                                  BIRD, MARELLA, BOXER, WOLPERT,
                                     NESSIM, DROOKS & LINCENBERG, PC
6

7                                  George A Zelcs

8                                  KOREIN TILLERY LLC

9                                  Douglas R. Sprong – Admitted *Pro Hac Vice*
                                     dsprong@koreintillery.com
10                                 Peter H. Rachman – Admitted *Pro Hac Vice*
                                     prachman@koreintillery.com
11                                 Robert L. King – Admitted *Pro Hac Vice*
                                     rking@koreintillery.com
12                                 Diane Moore Heitman
                                     dmoore@koreintillery.com
13                                 KOREIN TILLERY LLC

14                                 505 North Seventh Street, Suite 3600
                                   St. Louis, MO  63101
15                                 Tel:  (314) 241-3844; Fax:  (314) 241-3325

16
                                   Mark C Hansen – Admitted *Pro Hac Vice*
17                                   mhansen@khhte.com
                                   David C Frederick – Admitted *Pro Hac Vice*
18                                   dfrederick@khhte.com
                                   Wan J. Kim – Admitted *Pro Hac Vice*
19                                   wkim@khhte.com
20                                 Joseph S. Hall – Admitted *Pro Hac Vice*
                                     wkim@khhte.com
21                                 KELLOGG, HUBER, HANSEN, TODD,
                                     EVANS & FIGEL, P.L.L.C.
22
                                   1615 M Street, N.W., Suite 400
23                                 Washington, D.C. 20036
                                   Tel:  (202) 326-7900; Fax:  (202) 326-7999
24

25
                                   Michael J. McKenna, General Counsel
26                                   michaelm@NCUA.gov
27                                 John K. Ianno, Associate General Counsel
                                     johni@NCUA.gov
28

318167.1                                    2

NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT FREMONT MORTGAGE
SECURITIES CORP. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NATIONAL CREDIT UNION
 ADMINISTRATION
1775 Duke Street
Alexandria, Virginia 22314-3428
Tel:  (703) 518-6350; Fax:  (703) 518-6569



By: /s/ Terry W. Bird
        Terry W. Bird
        Attorneys for Plaintiff National Credit Union
        Administration Board

318167.1

3