Terry W. Bird (SBN 49038)
Bird, Marella, et al.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, etc.<br><br>PLAINTIFF(S)<br>v.<br>GOLDMAN, SACHS & CO., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 11-6521 GW(JEMx)<br><br>NOTICE OF MANUAL FILING<br>OR LODGING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

REPLY MEMORANDUM OF LAW IN SUPPORT OF THE SETTLING PARTIES' JOINT MOTION FOR A BAR ORDER

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

November 20, 2015
Date

/s/ Terry W. Bird
Attorney Name

National Credit Union Administration Board
Party Represented

*Note:* *File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)        NOTICE OF MANUAL FILING OR LODGING