Terry W. Bird – State Bar No. 49038
  twb@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
  DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

George A. Zelcs – Admitted *Pro Hac Vice*
  gzelcs@koreintillery.com
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9760
Fax: (312) 641-9751

Attorneys for Plaintiff National Credit Union Administration Board

(See Signature Page for Names and Addresses of Additional Counsel for Plaintiffs)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union,<br><br>     Plaintiff,<br><br>     vs.<br><br>GOLDMAN, SACHS & CO.; FREMONT MORTGAGE SECURITIES CORP.; GS MORTGAGE SECURITIES CORP.; and RESIDENTIAL ACCREDIT LOANS, INC.,<br><br>     Defendants. | CASE NO. LA-CV-11-6521 GW (JEMx)<br><br>**APPLICATION TO FILE UNDER SEAL PLAINTIFF'S REPLY IN SUPPORT OF THE SETTLING PARTIES' JOINT MOTION FOR A BAR ORDER**<br><br>[Proposed Order Filed Concurrently]<br><br>Ctrm: Hon. George Wu |

Pursuant to Local Rule 79-5.1 and the Protective Order entered by the Court in this action (Document No. 184), Plaintiff National Credit Union Administration Board ("NCUA" or "Plaintiff") submits this application to file under seal its Reply Memorandum of Law in Support of the Settling Parties' Joint Motion for a Bar Order ("Reply Memorandum"), and to file a redacted version of the Reply Memorandum on the public docket.

The proposed redacted portions of the Reply Memorandum disclose information concerning NCUA's internal accounting allocations of past recoveries in settlements with issuers and underwriters of residential mortgage-backed securities ("RMBS") who are not parties to this action. NCUA produced that information to Defendants in response to past discovery requests, but designated the information as "Highly Confidential" under the Protective Order. Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. ("Goldman") previously submitted NCUA's confidential discovery responses as a sealed exhibit to their November 13, 2015 filing (Document No. 496-1), and the proposed redacted portions of the Reply Memorandum address Goldman's discussion of that sealed exhibit.

The disclosure of this information would harm or potentially harm the parties and expose to the public the contents of confidential settlement negotiations and internal accounting records.

Accordingly, Plaintiff requests that the Court grant this application and order that the Reply Memorandum be filed under seal, and the redacted version be filed on the public docket.

| | |
|---|---|
| 1  Dated: November 20, 2015 | Terry W. Bird |
| 2 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, PC |
| 3 | |
| 4 | George A Zelcs<br>KOREIN TILLERY LLC |
| 5 | Douglas R. Sprong – Admitted *Pro Hac Vice*<br>dsprong@koreintillery.com |
| 6 | Peter H. Rachman – Admitted *Pro Hac Vice*<br>prachman@koreintillery.com |
| 7 | Robert L. King – Admitted *Pro Hac Vice*<br>rking@koreintillery.com |
| 8 | Diane Moore Heitman<br>dmoore@koreintillery.com |
| 9 | KOREIN TILLERY LLC<br>505 North Seventh Street, Suite 3600 |
| 10 | St. Louis, MO 63101<br>Tel: (314) 241-3844; Fax: (314) 241-3325 |
| 11 | |
| 12 | Mark C Hansen – Admitted *Pro Hac Vice*<br>mhansen@khhte.com |
| 13 | David C Frederick – Admitted *Pro Hac Vice*<br>dfrederick@khhte.com |
| 14 | Wan J. Kim – Admitted *Pro Hac Vice*<br>wkim@khhte.com |
| 15 | Joseph S. Hall – Admitted *Pro Hac Vice*<br>wkim@khhte.com |
| 16 | KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C. |
| 17 | 1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Tel: (202) 326-7900; Fax: (202) 326-7999 |
| 18 | |
| 19 | Michael J. McKenna, General Counsel<br>michaelm@NCUA.gov |
| 20 | John K. Ianno, Associate General Counsel<br>johni@NCUA.gov |
| 21 | NATIONAL CREDIT UNION ADMINISTRATION |
| 22 | 1775 Duke Street<br>Alexandria, Virginia 22314-3428<br>Tel: (703) 518-6350; Fax: (703) 518-6569 |
| 23 | |
| 24 | By: _T. Bird / PHJ_____ |
| 25 | Terry W. Bird<br>Attorneys for Plaintiff National Credit Union |
| 26 | Administration Board |
| 27 | |
| 28 | |