Terry W. Bird – State Bar No. 49038
 twb@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
 DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

George A. Zelcs – Admitted *Pro Hac Vice*
 gzelcs@koreintillery.com
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9760
Fax: (312) 641-9751

Attorneys for Plaintiff National Credit
Union Administration Board

(See Signature Page for Names and
Addresses of Additional Counsel for
Plaintiffs)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDMAN, SACHS & CO.; FREMONT MORTGAGE SECURITIES CORP.; GS MORTGAGE SECURITIES CORP.; and RESIDENTIAL ACCREDIT LOANS, INC.,<br><br>Defendants. | CASE NO. LA-CV-11-6521 GW (JEMx)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO FILE PLAINTIFF'S REPLY IN SUPPORT OF JOINT MOTION FOR A BAR ORDER UNDER SEAL**<br><br>Ctrm: Hon. George Wu |

The Court, having considered the application of Plaintiff National Credit Union Administration Board to file its Reply Memorandum of Law in Support of the Settling Parties' Joint Motion for a Bar Order, and having found good cause, HEREBY ORDERS that the application is GRANTED in its entirety. The Clerk shall maintain under seal Plaintiff's Reply Memorandum of Law in Support of the Settling Parties' Joint Motion for a Bar Order. Plaintiff shall file its proposed redacted version on the public docket.

**IT IS SO ORDERED**.

DATED: November ___, 2015

_____
The Honorable George H. Wu

~~Respectfully Submitted by:~~

~~Dated: November 20, 2015~~     ~~Terry W. Bird~~
~~BIRD, MARELLA, BOXER, WOLPERT,~~
~~NESSIM, DROOKS, LINCENBERG &~~
~~RHOW, PC~~

~~George A Zelcs~~
~~KOREIN TILLERY LLC~~

~~Douglas R. Sprong   Admitted *Pro Hac Vice*~~
~~dsprong@koreintillery.com~~
~~Peter H. Rachman   Admitted *Pro Hac Vice*~~
~~prachman@koreintillery.com~~
~~Robert L. King   Admitted *Pro Hac Vice*~~
~~rking@koreintillery.com~~
~~Diane Moore Heitman~~
~~dmoore@koreintillery.com~~
~~KOREIN TILLERY LLC~~
~~505 North Seventh Street, Suite 3600~~
~~St. Louis, MO  63101~~
~~Tel:  (314) 241-3844; Fax:  (314) 241-3325~~

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

~~Mark C Hansen – Admitted *Pro Hac Vice*~~
~~mhansen@khhte.com~~
~~David C Frederick – Admitted *Pro Hac Vice*~~
~~dfrederick@khhte.com~~
~~Wan J. Kim – Admitted *Pro Hac Vice*~~
~~wkim@khhte.com~~
~~Joseph S. Hall – Admitted *Pro Hac Vice*~~
~~wkim@khhte.com~~
~~KELLOGG, HUBER, HANSEN, TODD,~~
~~EVANS & FIGEL, P.L.L.C.~~
~~1615 M Street, N.W., Suite 400~~
~~Washington, D.C. 20036~~
~~Tel: (202) 326-7900; Fax: (202) 326-7999~~

~~Michael J. McKenna, General Counsel~~
~~michaelm@NCUA.gov~~
~~John K. Ianno, Associate General Counsel~~
~~johni@NCUA.gov~~
~~NATIONAL CREDIT UNION~~
~~ADMINISTRATION~~
~~1775 Duke Street~~
~~Alexandria, Virginia 22314-3428~~
~~Tel: (703) 518-6350; Fax: (703) 518-6569~~

~~By: /s/ Terry W. Bird~~
~~Terry W. Bird~~
~~Attorneys for Plaintiff National Credit Union Administration Board~~

2
[PROPOSED] ORDER GRANTING APPLICATION TO FILE PLAINTIFF'S REPLY UNDER SEAL