Terry W. Bird (SBN 49038)
Bird, Marella, et al.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NATIONAL CREDIT UNION ADMINISTRATION BOARD, etc. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 11-6521 GW(JEMx) |
| v. | |
| GOLDMAN, SACHS & CO., et al. | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

APPLICATION TO FILE UNDER SEAL PLAINTIFF'S REPLY IN SUPPORT OF THE SETTLING PARTIES' JOINT MOTION FOR A BAR ORDER; and [PROPOSED] ORDER

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

November 20, 2015                     /s/ Terry W. Bird
Date                                  Attorney Name
                                      National Credit Union Administration Board
                                      Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING