Terry W. Bird – State Bar No. 49038
  twb@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
  DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

George A. Zelcs – Admitted *Pro Hac Vice*
  gzelcs@koreintillery.com
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL  60601
Tel:  (312) 641-9760
Fax:  (312) 641-9751

Attorneys for Plaintiff National Credit
Union Administration Board

(See Signature Page for Names and
Addresses of Additional Counsel for
Plaintiffs)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union,<br><br>        Plaintiff,<br><br>        vs.<br><br>GOLDMAN, SACHS & CO.; FREMONT MORTGAGE SECURITIES CORP.; GS MORTGAGE SECURITIES CORP.; and RESIDENTIAL ACCREDIT LOANS, INC.,<br><br>        Defendants. | CASE NO. CV 11-6521-GW(JEMx)<br><br>**ORDER GRANTING APPLICATION TO FILE PLAINTIFF'S REPLY IN SUPPORT OF JOINT MOTION FOR A BAR ORDER UNDER SEAL**<br><br>Ctrm: Hon. George Wu |

1        The Court, having considered the application of Plaintiff National Credit

2   Union Administration Board to file its Reply Memorandum of Law in Support of

3   the Settling Parties' Joint Motion for a Bar Order, and having found good cause,

4   HEREBY ORDERS that the application is GRANTED in its entirety.  The Clerk

5   shall maintain under seal Plaintiff's Reply Memorandum of Law in Support of the

6   Settling Parties' Joint Motion for a Bar Order.  Plaintiff shall file its proposed

7   redacted version on the public docket.

8        **IT IS SO ORDERED**.

9

10   DATED:  November 24, 2015

11

12   _____

13   GEORGE H. WU, U.S. DISTRICT JUDGE