Lauren M. Cruz (SBN 299964)
cruzlm@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6600  Fax: (310) 712-8800

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD<br><br>Plaintiff(s) | CASE NUMBER<br>11-CV-06521-GW (JEMx) |
| v.<br>GOLDMAN, SACHS & CO., et al.<br><br><br>Defendant(s). | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Croke, Jacob M.                                                        of
*Applicant's Name (Last Name, First Name & Middle Initial)*

| |
|---|
| SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004-2498 |

(212) 558-4895                    (212) 291-9808
*Telephone Number*          *Fax Number*

crokej@sullcrom.com
*E-Mail Address*                                        *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Goldman, Sachs & Co.

GS Mortgage Securities Corp.

*Name(s) of Party(ies) Represented*        ☐ *Plaintiff*   ☒ *Defendant*   ☐ *Other:*

**and designating as Local Counsel**

Cruz, Lauren M.                                                        of
*Designee's Name (Last Name, First Name & Middle Initial)*

| |
|---|
| SULLIVAN & CROMWELL LLP<br>1888 Century Park East, Suite 2100<br>Los Angeles, California 90067-1725 |

299964                              (310) 712-6600
*Designee's Cal. Bar Number*    *Telephone Number*

(310) 712-8800
*Fax Number*                                        *Firm Name & Address*

cruzlm@sullcrom.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED**.
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED.  For failure to pay the required fee.**

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**