Name and address:
Terry W. Bird - SBN. 49038
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067

Telephone: (310) 201-2100; Facsimile: (310) 201-2110
Email: twb@birdmarella.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NATIONAL CREDIT UNION ADMINISTRATION BOARD, et al | CASE NUMBER |
|---|---|
| Plaintiff(s) | 11-cv-6521 GW (JEMx) |
| v. | |
| GOLDMAN, SACHS & CO., et al., | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Goldsmith, Andrew E.                                    of
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-326-7900          202-326-7999
*Telephone Number*    *Fax Number*

agoldsmith@khhte.com
*E-Mail Address*

Kellog, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M. Street, NW
Suite 400
Washington, DC 20036

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

National Credit Union Administration Board

*Name(s) of Party(ies) Represented*        ☒ *Plaintiff*   ☐ *Defendant*   ☐ *Other*: _____

**and designating as Local Counsel**

Bird, Terry W.                                          of
*Designee's Name (Last Name, First Name & Middle Initial)*

49038                 310-201-2100
*Designee's Cal. Bar Number*   *Telephone Number*

                      310-201-2110
                      *Fax Number*

Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067

*Firm Name & Address*

twb@birdmarella.com
*E-Mail Address*

**hereby ORDERS the Application be:**
☐ **GRANTED.**
☐ **DENIED. Fee shall be returned by the Clerk.**
☐ **DENIED, for failure to pay the required fee.**

**Dated** _____

**U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (06/13) **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***     Page 1 of 1


American LegalNet, Inc.
www.FormsWorkFlow.com