Lauren M. Cruz (SBN 299964)
cruzlm@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6600  Fax: (310) 712-8800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD<br><br>Plaintiff(s)<br><br>v.<br><br>GOLDMAN, SACHS & CO., et al.<br><br>Defendant(s). | CASE NUMBER<br>CV 11-6521-GW(JEMx)<br><br>ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Croke, Jacob M.                                      of     SULLIVAN & CROMWELL LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*           125 Broad Street
                                                              New York, New York 10004-2498
(212) 558-4895              (212) 291-9808
*Telephone Number*          *Fax Number*
crokej@sullcrom.com
*E-Mail Address*                                              *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Goldman, Sachs & Co.

GS Mortgage Securities Corp.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff   ☒ Defendant   ☐ Other: _____

**and designating as Local Counsel**

Cruz, Lauren M.                                      of     SULLIVAN & CROMWELL LLP
*Designee's Name (Last Name, First Name & Middle Initial)*            1888 Century Park East, Suite 2100
                                                              Los Angeles, California 90067-1725
299964                      (310) 712-6600
*Designee's Cal. Bar Number*  *Telephone Number*

                            (310) 712-8800
                            *Fax Number*                     *Firm Name & Address*
                                                              cruzlm@sullcrom.com
                                                              *E-Mail Address*

**hereby ORDERS the Application be:**

**X GRANTED**.
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED.** For failure to pay the required fee.

**Dated: December 2, 2015**

*[signature: George H. Wu]*

**GEORGE H. WU, U.S. District Judge**