Name and address:
Terry W. Bird - SBN 49038
Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, et al., <br><br> Plaintiff(s) <br> v. <br> GOLDMAN, SACHS & CO., et al., <br><br> Defendant(s). | CASE NUMBER <br><br> 11-cv-6521 GW(JEMx) <br><br> (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Goldsmith, Andrew E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-326-7900    202-326-7999
*Telephone Number    Fax Number*

agoldsmith@khhte.com
*E-Mail Address*

of Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street, NW
Suite 400
Washington, DC 20036
*Firm Name & Address*

for permission to appear and participate in this case on behalf of

National Credit Union Administration Board

*Name(s) of Party(ies) Represented*    [X] Plaintiff   [ ] Defendant   [ ] Other: ____

and designating as Local Counsel
Bird, Terry W.
*Designee's Name (Last Name, First Name & Middle Initial)*

49038    310-201-2100
*Designee's Cal. Bar Number    Telephone Number*

____
*Fax Number*

of Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Licenberg, PC
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
*Firm Name & Address*

twb@birdmarella.com
*E-Mail Address*

hereby ORDERS the Application be:

[ ] GRANTED.
[ ] DENIED. Fee shall be returned by the Clerk.
[ ] DENIED, for failure to pay the required fee.

Dated ____    ____
U.S. District Judge/U.S. Magistrate Judge