# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| v. | **APPLICATION FOR REFUND OF FEES; ORDER THEREON** |
| DEFENDANT(S) | |

Please complete all fields in Section I. If you are requesting a refund of fees paid online using pay.gov, also complete Section II. Then electronically file the completed form using the Application for Refund of Fees event in CM/ECF.

## SECTION I

Name of Applicant: _____

Amount Paid: $ _____

Requested Refund Amount $ _____

Document Title and Docket #: _____

Transaction Date: _____

Receipt Number: _____
(If paid by cash/check only)

**Reason for refund request:**

☐ Duplicate or unnecessary payment submitted

☐ Overpayment of a required filing fee

☐ Pro hac vice application denied

☐ Other:

## SECTION II  (Complete only if you are requesting a refund of fees paid online using pay.gov. This information can be found in the pay.gov screen receipt or confirmation email.)

Account Holder Name: _____

Pay.gov Tracking ID: _____

Agency Tracking ID: _____

### *For Court Use Only*

**Fiscal Department**

☐ Refund issued

☐ Application referred to United States District/Magistrate Judge for ruling; it is recommended that the Application be:

  ☐ GRANTED

  ☐ DENIED pursuant to the policy of the Judicial Conference of the United States (*Guide to Judiciary Policy*, Vol. 4, Chap. 6, § 650)

IT IS ORDERED that the application for refund of fees is:

☐ GRANTED          ☐ DENIED

_____
United States District/Magistrate Judge