TERRY W. BIRD
twb@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
  NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Fax: (310) 201-2110

Attorneys for Plaintiff National Credit Union Administration Board
(See Signature Page for Names and Addresses of Additional Counsel for Plaintiffs)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDMAN, SACHS & CO., GS MORTGAGE SECURITIES CORP.,<br><br>Defendants. | Case No. CV-11-6521 GW(JEMx)<br><br>**NOTICE OF LODGING DOCUMENTS RELATING TO COORDINATION**<br><br>Am. Compl. filed: Nov. 14, 2014<br>Judge: Hon. George Wu<br>Courtroom: 10 |

Notice of Lodging

1  Plaintiff National Credit Union Administration Board as Liquidating Agent of
2  certain credit unions hereby lodges the following documents pursuant to § 2 of the
3  Master Discovery Protocol, *see Morgan, Stanley & Co.*, No. 13-6705, ECF No. 101
4  (S.D.N.Y. Apr. 9, 2014):
5      (1)    Parties' December 11, 2015 Status Report Pursuant to the Loan File
6                  Reunderwriting Protocol

Notice of Lodging      - 1 -

| | |
|---|---|
| Dated: December 11, 2015 | |
| | |
| GEORGE A. ZELCS | TERRY W. BIRD |
| KOREIN TILLERY LLC | BIRD, MARELLA, BOXER, |
| 205 North Michigan Avenue, |   WOLPERT, NESSIM, DROOKS |
| Suite 1950 |   LINCENBERG & RHOW, P.C. |
| Chicago, Illinois 60601 | |
| Telephone: (312) 641-9760 | MARK C. HANSEN |
| Fax: (312) 641-9751 | DAVID C. FREDERICK |
| | WAN J. KIM |
| STEPHEN M. TILLERY | DANIEL V. DORRIS |
| DOUGLAS R. SPRONG | KELLOGG, HUBER, HANSEN, |
| ROBERT L. KING |   TODD, EVANS & FIGEL, P.L.L.C. |
| DIANE E. MOORE | Sumner Square |
| KOREIN TILLERY LLC | 1615 M Street, N.W., Suite 400 |
| 505 North Seventh Street | Washington, D.C. 20036 |
| Suite 3600 | Telephone: (202) 326-7900 |
| St. Louis, Missouri 63101-1625 | Fax: (202) 326-7999 |
| Telephone: (314) 241-4844 | |
| Fax: (314) 241-3525 | |
| | |
| MICHAEL J. MCKENNA | By:    /s/ David C. Frederick |
|   *General Counsel* |          David C. Frederick |
| JOHN K. IANNO | |
|   *Associate General Counsel* | Attorneys for Plaintiff National |
| KEVIN S. TUININGA | Credit Union Administration Board |
|   *Trial Attorney* | |
| NATIONAL CREDIT UNION | |
|   ADMINISTRATION | |
| 1775 Duke Street | |
| Alexandria, Virginia 22314-3428 | |
| Telephone: (703) 518-6350 | |
| Fax: (703) 518-6569 | |