Lauren M. Cruz (SBN 299964)
cruzlm@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6600  Fax: (310) 712-8800

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD<br><br>Plaintiff(s)<br><br>v.<br><br>GOLDMAN, SACHS & CO., et al.<br><br>Defendant(s). | CASE NUMBER<br>11-CV-06521-GW (JEMx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Harsch, Bradley A.                                   of   SULLIVAN & CROMWELL LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    125 Broad Street
                                                                    New York, New York 10004-2498
(212) 558-3946            (212) 291-9829
*Telephone Number*         *Fax Number*
harschb@sullcrom.com
                *E-Mail Address*                           *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Goldman, Sachs & Co.

GS Mortgage Securities Corp.

*Name(s) of Party(ies) Represented*      ☐ *Plaintiff*   ☒ *Defendant*   ☐ *Other:*

**and designating as Local Counsel**

Cruz, Lauren M.                                      of   SULLIVAN & CROMWELL LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    1888 Century Park East, Suite 2100
                                                                    Los Angeles, California 90067-1725
299964                    (310) 712-6600
*Designee's Cal. Bar Number*   *Telephone Number*

                          (310) 712-8800
                          *Fax Number*                      *Firm Name & Address*
                                                            cruzlm@sullcrom.com
                                                                    *E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED**.
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED.  For failure to pay the required fee.**

**Dated** _____

                                                    **U.S. District Judge/U.S. Magistrate Judge**