Lauren M. Cruz (SBN 299964)
cruzlm@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6600  Fax: (310) 712-8800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD<br><br>Plaintiff(s)<br>v.<br>GOLDMAN, SACHS & CO., et al.<br><br>Defendant(s). | CASE NUMBER<br>CV 11-6521-GW(JEMx)<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Harsch, Bradley A.                                 of
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 558-3946          (212) 291-9829
*Telephone Number*       *Fax Number*

harschb@sullcrom.com
*E-Mail Address*

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Goldman, Sachs & Co.

GS Mortgage Securities Corp.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff    ☒ Defendant    ☐ Other:_____

**and designating as Local Counsel**

Cruz, Lauren M.                                    of
*Designee's Name (Last Name, First Name & Middle Initial)*

299964               (310) 712-6600
*Designee's Cal. Bar Number*   *Telephone Number*

  (310) 712-8800
*Fax Number*

SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725

*Firm Name & Address*

cruzlm@sullcrom.com
*E-Mail Address*

**hereby ORDERS the Application be:**

**X GRANTED**.
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED.** For failure to pay the required fee.

**Dated: December 17, 2015**

*/s/ George H. Wu*

**GEORGE H. WU, U.S. District Judge**