UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-6521-GW(JEMx) | Date | December 23, 2015 |
|---|---|---|---|
| Title | *National Credit Union Admin. Board v. Goldman Sachs and Co., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS): COURT ORDER**

    As a housekeeping matter, should this Court have not previously ruled on Plaintiff's Request to Produce Documents [237], said motion is denied without prejudice.

:

Initials of Preparer    JG