Lauren M. Cruz (SBN 299964)
cruzlm@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6600  Fax: (310) 712-8800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD<br>Plaintiff(s)<br>v.<br>GOLDMAN, SACHS & CO., et al.<br>Defendant(s). | CASE NUMBER<br>11-CV-06521-GW (JEMx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Davidoff, Amanda Flug        of    SULLIVAN & CROMWELL LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    1700 New York Avenue, N.W., Suite 700
Washington, DC 20006-5215

(202) 956-7570            (202) 956-6996
*Telephone Number*        *Fax Number*
davidoffa@sullcrom.com
*E-Mail Address*            *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Goldman, Sachs & Co.

GS Mortgage Securities Corp.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff*   ☒ *Defendant*   ☐ *Other:*

**and designating as Local Counsel**

Cruz, Lauren M.            of    SULLIVAN & CROMWELL LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725

299964                (310) 712-6600
*Designee's Cal. Bar Number*    *Telephone Number*

                    (310) 712-8800
                    *Fax Number*        *Firm Name & Address*
                                cruzlm@sullcrom.com
                                *E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED**.
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED.  For failure to pay the required fee.**

**Dated** _____

                        **U.S. District Judge/U.S. Magistrate Judge**