1  Brendan P. Cullen (SBN 194057)
   cullenb@sullcrom.com
2  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
3  Palo Alto, California 94303-3308
   Telephone:  (650) 461-5600
4  Facsimile:   (650) 461-5700

5  *Additional counsel listed on signature page*

6  *Attorneys for Defendants*
   *Goldman, Sachs & Co. and*
7  *GS Mortgage Securities Corp.*

8

9              **UNITED STATES DISTRICT COURT**

10            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12 | NATIONAL CREDIT UNION ADMINISTRATION BOARD, | Case No. CV 11-6521 GW (JEMx) |
13 | as Liquidating Agent of U.S. Central Federal Credit Union and | **NOTICE OF ERRATA CORRECTING DOCKET #493** |
14 | of Western Corporate Federal Credit Union, | Complaint filed:  October 29, 2012 |
15 |   | Judge:  Hon. George Wu |
   |   Plaintiff, | Courtroom:  10 |
16 |   |   |
17 | v. |   |
18 | GOLDMAN, SACHS & CO. et al., |   |
19 |   |   |
   |   Defendants. |   |
20

1  Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. respectfully submit this Notice of Errata regarding the Application of Non-Resident Attorney to Appear In A Specific Case *Pro Hac Vice* (Docket No. 493) filed on December 23, 2015.

The Application was inadvertently uploaded without the signature of designated local counsel. Attached hereto as Exhibit A is a true and correct copy of the signed Application.

Counsel for Defendants apologize to the Court for the error.

Dated: December 23, 2015          Respectfully submitted,

/s/ Lauren M. Cruz
Brendan P. Cullen (SBN 194057)
cullenb@sullcrom.com
Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
Nathaniel L. Green (SBN 260568)
greenn@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303-3308
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Richard H. Klapper (*pro hac vice*)
klapperr@sullcrom.com
Theodore Edelman (*pro hac vice*)
edelmant@sullcrom.com
William B. Monahan (*pro hac vice*)
monahanw@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Lauren M. Cruz (SBN 299964)
cruzlm@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*Attorneys for Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp.*