TERRY W. BIRD
twb@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
  NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Fax: (310) 201-2110

Attorneys for Plaintiff National Credit Union Administration Board
(See Signature Page for Names and Addresses of Additional Counsel)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br>vs.<br><br>GOLDMAN, SACHS & CO., GS MORTGAGE SECURITIES CORP.,<br><br>Defendants. | Case No. CV-11-6521 GW(JEMx)<br><br>**STIPULATION TO VACATE AND RESET THE BRIEFING AND HEARING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS**<br><br>Am. Compl. filed: Nov. 14, 2014<br>Judge: Hon. George Wu<br>Courtroom: 10<br>Hearing Date: January 25, 2016<br>Hearing Time: 8:30 a.m. |

Stipulation to Vacate and Reset Briefing Schedule

This Stipulation is entered into by and between counsel for plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union ("NCUA"), and counsel for defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. ("Goldman Sachs").

WHEREAS, fact discovery closed July 17, 2015, and expert discovery closes January 15, 2016, *see* Master Discovery Protocol ("MDP") § 12(b)-(c), ECF No. 313 (Apr. 9, 2014);

WHEREAS, summary judgment motions are currently scheduled to be filed no later than February 5, 2016, and fully submitted on March 25, 2016, *see id.* § 12(d);

WHEREAS, "in light of the appeals in the California actions pending before the Ninth Circuit," trial has not been scheduled in this action, ECF No. 447 (July 30, 2015);

WHEREAS, the appeals before the Ninth Circuit were argued December 8, 2015;

WHEREAS, because trial has yet to be scheduled, the parties believe the briefing schedule for summary judgment should be reset;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Goldman Sachs and NCUA, through their undersigned counsel, subject to the approval of the Court, as follows:

(1) Summary judgment motions shall be filed no later than August 19, 2016;

(2) Responses to summary judgment motions shall be filed no later than October 3, 2016; and

(3) Replies to summary judgment motions shall be filed no later than November 2, 2016.

Stipulation to Vacate and Reset Briefing Schedule - 2 -

| | | |
|---|---|---|
| 1 | Dated: December 28, 2015 | |
| 2 | Respectfully submitted, | Respectfully submitted, |
| 3 | | |
| 4 | /s/     Brendan P. Cullen | /s/     Wan J. Kim |
| | Brendan P. Cullen (SBN 194057) | David C. Frederick |
| 5 | Laura Kabler Oswell (SBN 241281) | Wan J. Kim |
| 6 | Nathaniel L. Green (SBN 260568) | Andrew E. Goldsmith |
| | SULLIVAN & CROMWELL LLP | Daniel V. Dorris |
| 7 | 1870 Embarcadero Road | KELLOGG, HUBER, HANSEN, |
| 8 | Palo Alto, California 94303-3308 |    TODD, EVANS & FIGEL, P.L.L.C. |
| | Telephone: (650) 461-5600 | Sumner Square |
| 9 | Facsimile: (650) 461-5700 | 1615 M Street, N.W., Suite 400 |
| 10 | | Washington, D.C. 20036 |
| | Richard H. Klapper (*pro hac vice*) | Telephone: (202) 326-7900 |
| 11 | Theodore Edelman (*pro hac vice*) | Fax: (202) 326-7999 |
| 12 | Stephanie Wheeler (*pro hac vice*) | |
| | SULLIVAN & CROMWELL LLP | TERRY W. BIRD |
| 13 | 125 Broad Street | BIRD, MARELLA, BOXER, |
| 14 | New York, New York 10004-2498 |    WOLPERT, NESSIM, DROOKS, |
| | Telephone: (212) 558-4000 |    LINCENBERG & RHOW, P.C. |
| 15 | Facsimile (212) 558-3588 | |
| 16 | | *Attorneys for Plaintiff National* |
| 17 | Rory P. Culver (SBN 271868) | *Credit Union Administration Board* |
| | SULLIVAN & CROMWELL LLP | |
| 18 | 1888 Century Park East, Suite 2100 | |
| 19 | Los Angeles, California 90067-1725 | |
| | Telephone (310) 712-6600 | |
| 20 | Facsimile: (310) 712-8800 | |
| 21 | *Attorneys for Defendants Goldman, Sachs &* | |
| 22 | *Co. and GS Mortgage Securities Corp.* | |

Stipulation to Vacate and Reset Briefing Schedule          - 3 -

| | |
|---|---|
| 1 | Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories. |
| 2 | |
| 3 | |
| 4 | Dated: December 28, 2015        /s/    Wan J. Kim |

Stipulation to Vacate and Reset Briefing Schedule        - 4 -