# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br>vs.<br><br>GOLDMAN, SACHS & CO., GS MORTGAGE SECURITIES CORP.,<br><br>Defendants. | Case No. CV-11-6521 GW(JEMx)<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO VACATE AND RESET THE BRIEFING AND HEARING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS**<br><br>Am. Compl. filed: Nov. 14, 2014<br>Judge: Hon. George Wu<br>Courtroom: 10<br>Hearing Date: January 25, 2016<br>Hearing Time: 8:30 a.m. |

[Proposed] Order Regarding Stipulation to
Vacate and Reset Briefing Schedule

Upon the stipulation of counsel for plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union ("Plaintiff"), and counsel for defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. ("Defendants"),

IT IS HEREBY ORDERED:

(1) Summary judgment motions shall be filed no later than August 19, 2016;

(2) Responses to summary judgment motions shall be filed no later than October 3, 2016; and

(3) Replies to summary judgment motions shall be filed no later than November 2, 2016.

IT IS SO ORDERED.

Dated: _____

Honorable George H. Wu
United States District Judge

[Proposed] Order Regarding Stipulation to Vacate and Reset Briefing Schedule — - 2 -