TERRY W. BIRD
twb@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
  NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Fax: (310) 201-2110

Attorneys for Plaintiff National Credit Union
Administration Board
(See Signature Page for Names and Addresses
of Additional Counsel)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union, | Case No. CV-11-6521 GW(JEMx) |
| | **JOINT STATUS REPORT PURSUANT TO DECEMBER 29, 2016 ORDER** |
| Plaintiff, | Judge: Hon. George Wu |
| vs. | |
| GOLDMAN, SACHS & CO., GS MORTGAGE SECURITIES CORP., | |
| Defendants. | |

Joint Status Report

Plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union ("NCUA"), and Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. ("Goldman Sachs") submit this joint status report pursuant to the Court's December 29, 2015 Order (ECF No. 497).

The parties report that they have reached an agreement in principle to settle this case, as part of a global resolution of claims against Goldman Sachs by a number of parties.  The parties have finalized all issues specific to the settlement of this Action that are not dependent on the global settlement.  Goldman Sachs is working diligently with other non-parties to document the global settlement so that all parties can execute the settlement documentation simultaneously.

While the parties believe it will ultimately be unnecessary, pursuant to the Court's December 29, 2015 Order, they propose the following summary judgment briefing schedule:

- Summary judgment motions are to be filed by **August 19, 2016**;

- Responses to summary judgment motions are to be filed by **October 3, 2016**;

- Replies in support of any such motions are to be filed by **November 2, 2016**.

The parties also submit a proposed order effectuating that proposed schedule.

1    Dated: March 28, 2016

2    Respectfully submitted,                    Respectfully submitted,

3
     /s/    Brendan P. Cullen                    /s/    Wan J. Kim
4    Brendan P. Cullen (SBN 194057)             David C. Frederick

5    Laura Kabler Oswell (SBN 241281)           Wan J. Kim
     Nathaniel L. Green (SBN 260568)            Andrew E. Goldsmith
6    SULLIVAN & CROMWELL LLP                     Daniel V. Dorris

7    1870 Embarcadero Road                       KELLOGG, HUBER, HANSEN,
     Palo Alto, California 94303-3308              TODD, EVANS & FIGEL, P.L.L.C.
8    Telephone: (650) 461-5600                   Sumner Square

9    Facsimile: (650) 461-5700                   1615 M Street, N.W., Suite 400
                                                 Washington, D.C. 20036
10   Richard H. Klapper (*pro hac vice*)        Telephone: (202) 326-7900

11   Theodore Edelman (*pro hac vice*)          Fax: (202) 326-7999
     Stephanie Wheeler (*pro hac vice*)
12   SULLIVAN & CROMWELL LLP

13   125 Broad Street                           TERRY W. BIRD
     New York, New York 10004-2498              BIRD, MARELLA, BOXER,
14   Telephone: (212) 558-4000                    WOLPERT, NESSIM, DROOKS,

15   Facsimile (212) 558-3588                     LINCENBERG & RHOW, P.C.

16                                               *Attorneys for Plaintiff National*
     Rory P. Culver (SBN 271868)                *Credit Union Administration Board*
17   SULLIVAN & CROMWELL LLP

18   1888 Century Park East, Suite 2100
     Los Angeles, California 90067-1725
19   Telephone (310) 712-6600

20   Facsimile: (310) 712-8800

21   *Attorneys for Defendants Goldman, Sachs &*
22   *Co. and GS Mortgage Securities Corp.*

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: March 28, 2016     /s/  Wan J. Kim