# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union,<br><br>              Plaintiff,<br>   vs.<br><br>GOLDMAN, SACHS & CO., GS MORTGAGE SECURITIES CORP.,<br><br>              Defendants. | Case No. CV-11-6521 GW(JEMx)<br><br>**[PROPOSED] ORDER REGARDING SUMMARY JUDGMENT MOTIONS**<br><br>Judge: Hon. George Wu |

Upon the joint status report Plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union ("Plaintiff"), and Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. ("Defendants"),

IT IS HEREBY ORDERED:

1) Summary judgment motions are to be filed by **August 19, 2016**;

2) Responses to summary judgment motions are to be filed by **October 3, 2016**;

3) Replies in support of any such motions are to be filed by **November 2, 2016**.

IT IS SO ORDERED.

Dated: _____

Honorable George H. Wu
United States District Judge