TERRY W. BIRD
twb@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
  NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Fax: (310) 201-2110

Attorneys for Plaintiff National Credit Union
Administration Board
(See Signature Page for Names and Addresses
of Additional Counsel)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union,<br><br>          Plaintiff,<br><br>     vs.<br><br>GOLDMAN, SACHS & CO., GS MORTGAGE SECURITIES CORP.,<br><br>          Defendants. | Case No. CV-11-6521 GW(JEMx)<br><br>**JOINT STATUS REPORT PURSUANT TO MARCH 31, 2016 ORDER**<br><br>Judge: Hon. George Wu |

Joint Status Report

| | |
|---|---|
| 1 | Plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union ("NCUA"), and Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. ("Goldman Sachs") submit this joint status report pursuant to the Court's March 31, 2016 Order (ECF No. 501). |

    Plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union ("NCUA"), and Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. ("Goldman Sachs") submit this joint status report pursuant to the Court's March 31, 2016 Order (ECF No. 501).

    The parties are pleased to report that they have executed an agreement to settle this case. As part of the settlement agreement, the parties jointly will file a motion for a contribution bar order, as NCUA has done with other settling defendants. Upon resolution of that motion by the Court, the parties will file a dismissal of this action.

    In light of the settlement, the parties respectfully request that the status hearing on this matter, currently set for May 9, 2016, be vacated.

| | | |
|---|---|---|
| 1 | Dated: May 3, 2016 | |
| 2 | Respectfully submitted, | Respectfully submitted, |
| 3 | | |
| 4 | /s/     Brendan P. Cullen<br>Brendan P. Cullen (SBN 194057) | /s/     Wan J. Kim<br>David C. Frederick |
| 5 | Laura Kabler Oswell (SBN 241281) | Wan J. Kim |
| 6 | Nathaniel L. Green (SBN 260568)<br>SULLIVAN & CROMWELL LLP | Andrew E. Goldsmith<br>Daniel V. Dorris |
| 7 | 1870 Embarcadero Road | KELLOGG, HUBER, HANSEN, |
| 8 | Palo Alto, California 94303-3308<br>Telephone: (650) 461-5600 | TODD, EVANS & FIGEL, P.L.L.C.<br>Sumner Square |
| 9 | Facsimile: (650) 461-5700 | 1615 M Street, N.W., Suite 400 |
| 10 | Richard H. Klapper (*pro hac vice*) | Washington, D.C. 20036<br>Telephone: (202) 326-7900 |
| 11 | Theodore Edelman (*pro hac vice*) | Fax: (202) 326-7999 |
| 12 | Stephanie Wheeler (*pro hac vice*)<br>SULLIVAN & CROMWELL LLP | TERRY W. BIRD |
| 13 | 125 Broad Street | BIRD, MARELLA, BOXER, |
| 14 | New York, New York 10004-2498<br>Telephone: (212) 558-4000 | WOLPERT, NESSIM, DROOKS,<br>LINCENBERG & RHOW, P.C. |
| 15 | Facsimile (212) 558-3588 | |
| 16 | Rory P. Culver (SBN 271868) | *Attorneys for Plaintiff National*<br>*Credit Union Administration Board* |
| 17 | SULLIVAN & CROMWELL LLP | |
| 18 | 1888 Century Park East, Suite 2100<br>Los Angeles, California 90067-1725 | |
| 19 | Telephone (310) 712-6600 | |
| 20 | Facsimile: (310) 712-8800 | |
| 21 | *Attorneys for Defendants Goldman, Sachs &* | |
| 22 | *Co. and GS Mortgage Securities Corp.* | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: May 3, 2016        /s/    Wan J. Kim