# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union,<br><br>            Plaintiff,<br>  vs.<br><br>GOLDMAN, SACHS & CO., GS MORTGAGE SECURITIES CORP.,<br><br>            Defendants. | Case No. CV-11-6521 GW(JEMx)<br><br>**[PROPOSED] ORDER REGARDING MAY 9, 2016 STATUS CONFERENCE**<br><br>Judge: Hon. George Wu |

[Proposed] Order

Upon consideration of the joint status report of Plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union ("Plaintiff"), and Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. ("Defendants"),

IT IS HEREBY ORDERED that the Status Conference scheduled in this matter for May 9, 2016, is hereby vacated as the parties have reached an agreement to settle this case.

Dated: _____

                                                Honorable George H. Wu
                                                United States District Judge