# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br>vs.<br><br>GOLDMAN, SACHS & CO., GS MORTGAGE SECURITIES CORP.,<br><br>Defendants. | Case No. CV 11-6521-GW(JEMx)<br><br>**ORDER REGARDING MAY 9, 2016 STATUS CONFERENCE**<br><br>Judge: Hon. George Wu |

[Proposed] Order

Upon consideration of the joint status report of Plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union ("Plaintiff"), and Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. ("Defendants"),

IT IS HEREBY ORDERED that the Status Conference scheduled in this matter for May 9, 2016, is hereby vacated as the parties have indicated that they have reached an agreement to settle this case. The Court sets a status conference regarding the settlement of this case for June 2, 2016 at 8:30 a.m. If a dismissal is filed by noon on May 31, no party need appear. If the settlement has not been effectuated by May 31, the parties are to submit a joint report to the Court on said date delineating the status of the settlement endeavor.

Dated: May 4, 2016

Honorable George H. Wu
United States District Judge