1  TERRY BIRD
   twb@birdmarella.com
2  BIRD, MARELLA, BOXER, WOLPERT,
3  NESSIM, DROOKS & LINCENBERG, P.C.
   1875 Century Park East, 23rd Floor
4  Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Fax: (310) 201-2110
6
7  Attorneys for Plaintiff National Credit Union
   Administration Board
8  (Additional Counsel on Signature Page)
9
10                **UNITED STATES DISTRICT COURT**
11           **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDMAN, SACHS & CO., GS MORTGAGE SECURITIES CORP., and RESIDENTIAL ACCREDIT LOANS, INC.,<br><br>Defendants. | Case No. CV-11-6521 GW(JEMx)<br><br>**NOTICE OF JOINT MOTION FOR A BAR ORDER**<br><br>Am. Compl. filed: October 29, 2012<br>Judge: Hon. George Wu<br>Courtroom: 10<br><br>Hearing Date: June 6, 2016<br>Hearing Time: 8:30 a.m. |

Motion for Bar Order

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on June 6, 2016 at 8:30 a.m., or as soon thereafter as this matter may be heard, before the Honorable George Wu in Courtroom 10 of the United States District Court for the Central District of California, located at 312 North Spring Street, Los Angeles, California, Plaintiff National Credit Union Administration Board, as liquidating agent ("NCUA"), and Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. (collectively, "Goldman Sachs") will and hereby do move the Court for the entry of a contribution bar order as to Goldman Sachs. As explained in the accompanying memorandum, such an order is consistent with this Court's prior rulings and is necessary to effectuate NCUA's recent settlement agreement with Goldman Sachs.

Dated: April 5, 2016

| | |
|---|---|
| LAWRENCE T. GRESSER<br>(*pro hac vice*)<br>NATHANIEL P. T. READ<br>(*pro hac vice*)<br>PATRICK M. CONNORTON<br>(*pro hac vice*)<br>COHEN & GRESSER LLP<br>800 Third Avenue, 21st Floor<br>New York, New York  10022<br>Telephone:  (212) 957-7600<br>Facsimile: (212) 957-4514<br><br><br>By: /s/ *Lawrence T. Gresser*<br><br>*Attorneys for Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp.* | TERRY W. BIRD<br>BIRD, MARELLA, BOXER,<br>   WOLPERT, NESSIM, DROOKS<br>   & LINCENBERG, P.C.<br><br>DAVID C. FREDERICK<br>WAN J. KIM<br>GREGORY G. RAPAWY<br>ANDREW C. SHEN<br>KELLOGG, HUBER, HANSEN,<br>   TODD, EVANS & FIGEL, P.L.L.C.<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Fax: (202) 326-7999<br><br>GEORGE A. ZELCS<br>KOREIN TILLERY LLC<br>205 North Michigan Avenue<br>Suite 1950<br>Chicago, Illinois 60601<br>Telephone: (312) 641-9750<br>Fax: (312) 641-9751<br><br>STEPHEN M. TILLERY<br>DOUGLAS R. SPRONG<br>ROBERT L. KING<br>DIANE E. MOORE<br>KOREIN TILLERY LLC<br>505 North Seventh Street<br>Suite 3600<br>St. Louis, Missouri 63101-1625<br>Telephone: (314) 241-4844<br>Fax: (314) 241-3525<br><br>By:      /s/ *David C. Frederick*<br><br>*Attorneys for Plaintiff NCUA* |

- 2 -   Motion for Bar Order