TERRY W. BIRD
twb@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
  NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Fax: (310) 201-2110

Attorneys for Plaintiff National Credit Union Administration Board
(See Signature Page for Names and Addresses of Additional Counsel)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDMAN, SACHS & CO., GS MORTGAGE SECURITIES CORP.,<br><br>Defendants. | Case No. CV-11-6521 GW(JEMx)<br><br>**SETTLEMENT STATUS REPORT**<br><br>Judge: Hon. George Wu |

Settlement Status Report

Plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union ("NCUA"), and Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. ("Goldman Sachs") submit this settlement status report with respect to the Court's May 4, 2016 Order (ECF No. 504).

The parties have executed an agreement to settle this case. As part of the settlement agreement, the parties jointly filed a motion for a contribution bar order on May 5, 2016. Upon resolution of that motion by the Court, the parties will file a dismissal of this action.

The hearing on the motion for a contribution bar order is currently scheduled for June 6, 2016. In light of the settlement and upcoming hearing on the motion for a contribution bar order currently scheduled for June 6, 2016, the parties respectfully request that the status hearing on this matter, currently set for June 2, 2016, be vacated.

| | | |
|---|---|---|
| 1 | Dated: May 24, 2016 | |
| 2 | Respectfully submitted, | Respectfully submitted, |

/s/   Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
Laura Kabler Oswell (SBN 241281)
Nathaniel L. Green (SBN 260568)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303-3308
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Richard H. Klapper (*pro hac vice*)
Theodore Edelman (*pro hac vice*)
Stephanie Wheeler (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile (212) 558-3588

Rory P. Culver (SBN 271868)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone (310) 712-6600
Facsimile: (310) 712-8800

*Attorneys for Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp.*

/s/   Wan J. Kim
David C. Frederick
Wan J. Kim
Andrew E. Goldsmith
Daniel V. Dorris
KELLOGG, HUBER, HANSEN,
   TODD, EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Fax: (202) 326-7999

TERRY W. BIRD
BIRD, MARELLA, BOXER,
   WOLPERT, NESSIM, DROOKS,
   LINCENBERG & RHOW, P.C.

*Attorneys for Plaintiff National Credit Union Administration Board*


1  Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that the concurrence in the
2  filing of this document has been obtained from each of the above signatories.
3
4  Dated: May 24, 2016                /s/    Wan J. Kim
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28