# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union,<br><br>          Plaintiff,<br>   vs.<br><br>GOLDMAN, SACHS & CO., GS MORTGAGE SECURITIES CORP.,<br><br>          Defendants. | Case No. CV-11-6521 GW(JEMx)<br><br>**[PROPOSED] ORDER REGARDING JUNE 2, 2016 STATUS CONFERENCE**<br><br>Am. Compl. filed: Nov. 14, 2014<br>Judge:        Hon. George Wu<br>Courtroom:   10 |

[Proposed] Order Regarding Status Conference

Upon the agreement of the parties reflected in the joint status report of plaintiff National Credit Union Administration Board, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union ("Plaintiff"), and defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. ("Defendants"),

IT IS HEREBY ORDERED that the Status Conference scheduled in this matter for June 2, 2016, is vacated as the parties have reached an agreement to settle this case and a hearing regarding the pending motion for a contribution bar order is scheduled for June 6, 2016.

IT IS SO ORDERED.

Dated: _____  _____

Honorable George H. Wu
United States District Judge