**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 24 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union,<br><br>    Plaintiff-Appellant,<br><br>  v.<br><br>GOLDMAN SACHS AND CO; et al.,<br><br>    Defendants-Appellees. | No.   13-56851<br><br>D.C. No. 2:11-cv-06521-GW-JEM<br><br>ORDER[*] |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union,<br><br>    Plaintiff-Appellee,<br><br>  v.<br><br>GOLDMAN SACHS AND CO; et al.,<br><br>    Defendants-Appellants. | No.   13-56852<br><br>D.C. No. 2:11-cv-06521-GW-JEM |

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>GOLDMAN SACHS & CO and GS MORTGAGE SECURITIES CORP,<br><br>Defendants-Appellants. | No.   14-55309<br><br>D.C. No. 2:11-cv-06521-GW-JEM |

Appeal from the United States District Court
for the Central District of California
George H. Wu, District Judge, Presiding

Argued and Submitted December 8, 2015
Pasadena, California

Before: D.W. NELSON, REINHARDT, and NGUYEN, Circuit Judges.

The joint stipulated motion of Plaintiff-Appellant-Cross-Appellee and Defendants-Appellees-Cross-Appellants to voluntarily dismiss these cases under Federal Rule of Appellate Procedure 42(b) is granted. Each party shall bear its own costs.

**These appeals are DISMISSED.**

2