...

TERRY W. BIRD
twb@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT,
  NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Fax: (310) 201-2110

Attorneys for Plaintiff National Credit Union Administration Board
(See Signature Page for Names and Addresses of Additional Counsel)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDMAN, SACHS & CO., GS MORTGAGE SECURITIES CORP.,<br><br>Defendants. | Case No. CV-11-6521 GW(JEMx)<br><br>**NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. George Wu |

Notice and Stipulation of Voluntary Dismissal with Prejudice

WHEREAS the National Credit Union Administration Board, as liquidating agent of U.S. Central Federal Credit Union and of Western Corporate Federal Credit Union ("NCUA"), and Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp. (together with NCUA, the "Parties") have reached a settlement disposing of all claims asserted in the above-captioned Action (the "Action");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Action shall be, and hereby is, dismissed with prejudice, with each Party to bear its own costs.

Dated: June 8, 2016

Respectfully submitted,

/s/ Wan Kim /DVD
_____
David C. Frederick
Wan J. Kim
Andrew E. Goldsmith
Daniel V. Dorris
KELLOGG, HUBER, HANSEN,
  TODD, EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Fax: (202) 326-7999

TERRY W. BIRD
BIRD, MARELLA, BOXER,
  WOLPERT, NESSIM, DROOKS,   LINCENBERG & RHOW, P.C.

*Attorneys for Plaintiff National
Credit Union Administration Board*

Respectfully submitted,

*[signature]*

Brendan P. Cullen (SBN 194057)
Laura Kabler Oswell (SBN 241281)
Nathaniel L. Green (SBN 260568)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303-3308
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Richard H. Klapper (*pro hac vice*)
Theodore Edelman (*pro hac vice*)
Stephanie Wheeler (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone: (212) 558-4000
Facsimile (212) 558-3588

*Attorneys for Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp.*